## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

**DENISE KAUFFMAN,**

v.

**VILLAGE OF BARRINGTON, An Illinois Municipal Corporation, CHIEF JEFFERY LAWLER, In his individual capacity, DEPUTY CHIEF JOHN EDWARDS, In his individual capacity AND SERGEANT MARK KASPAR, In his individual capacity**

```
FILED: JULY 31, 2008
08CV4368
JUDGE MANNING
MAGISTRATE JUDGE MASON
TC
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**DENISE KAUFFMAN**

---

NAME (Type or print)
Keith L. Hunt

---

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ Keith L. Hunt *electronic signature*

---

FIRM Hunt & Associates, P.C.

---

STREET ADDRESS Three First National Plaza, Suite 2100

---

CITY/STATE/ZIP Chicago, IL 60602

---

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06190675 | TELEPHONE NUMBER    312-558-1300 |
|---|---|

---

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

---

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

---

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

---

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                          APPOINTED COUNSEL