U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                        Case Number: 08-CV-04368

Denise Kauffman,
                Plaintiff,
v.

Village of Barrington, et al
                Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Mark Kaspar

| |
|---|
| NAME: (Type or Print) <br> Gregory R. James, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Gregory R. James, Jr. |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: 515 North State Street, Suite 2800 |

| | |
|---|---|
| CITY/STATE/ZIP: Chicago, Illinois 60654 | E-mail: gjames@lanermuchin.com |
| ID NUMBER: 06198667 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing Appearance in the above-captioned matter to be served on the parties of record listed below, via Electronic Filing, through the U.S. District Court, Northern District of Illinois on this 28th day of August 2008, addressed to:

>Keith L. Hunt
>Hunt & Associates, P.C.
>Three First National Plaza, Suite 2100
>Chicago, Illinois 60602
>312/558-9911 (fax)
>khunt@huntassoclaw.com

>/s/ Gregory R. James, Jr.
>Gregory R. James, Jr.

Document ID: 412234.1   12/21/2005 4:07:07 PM