# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                               Case Number:  08-CV-04368

Denise Kauffman,
                              Plaintiff,

v.

Village of Barrington, et al.,
                              Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                                  Defendant Mark Kaspar

| |
|---|
| NAME: (Type or Print)<br>Jeffrey S. Fowler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s:/ Jeffrey S. Fowler |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS:  515 North State Street, Suite 2800 |

| | |
|---|---|
| CITY/STATE/ZIP: Chicago, Illinois 60654 | E-mail: jfowler@lanermuchin.com |
| ID NUMBER:  06205689 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐        NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐        NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**        NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES **X**   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐ ||

Document ID: 412234.1   12/21/2005 4:07:07 PM

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, hereby certify that on this 28th day of August, 2008, I caused a copy of the attached **Appearance of Jeffrey S. Fowler** in the above-captioned matter to be served upon counsel of record listed below through the functions of the Court's electronic filing system, to:

            Keith L. Hunt
            Hunt & Associates, P.C.
            Three First National Plaza, Suite 2100
            Chicago, Illinois 60602
            312/558-9911 (fax)
            khunt@huntassoclaw.com

            /s/Jeffrey S. Fowler